**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-174 NEB/ECW |
| | ) | Date: August 15, 2022 |
| Juan Gabriel Serna-Rojo (2), | ) | Courthouse: St. Paul |
| | ) | Courtroom: 3C |
| Defendant, | ) | Time Commenced: 1:56 p.m. |
| | | Time Concluded: 2:01 p.m. |
| | | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
          X FPD          X To be appointed

Interpreter/Language: Esperanza Lopez-Dominguez/Spanish

Date Charges Filed: 8/10/2022          Offense: conspiracy to distribute methamphetamine; conspiracy to distribute cocaine

X Advised of Rights

on   X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is August 17, 2022 at 10:00 a.m. before U.S. Magistrate Judge Becky R. Thorson in CR3C, St. Paul for:
   X Detention hrg          X Arraignment hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

s/SAE
Signature of Courtroom Deputy