# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Juan Gabriel Serna-Rojo,<br><br>                Defendant. | Crim. No. 22-174-2 (NEB/ECW)<br><br>**ORDER** |

As required by Rule 5(f) of the Rules of Criminal Procedure, the United States is ordered to disclose all exculpatory evidence to the defendant as required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

Dated: August 15, 2022

                                              *s/ Becky R. Thorson*
                                              BECKY R. THORSON
                                              United States Magistrate Judge